UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 810 AFFILIATED PENSION FUND and LOUIS SMITH, MICHAEL SMITH, ROY BARNES, and PETER AJALAT, TRUSTEES OF THE LOCAL 810 AFFILIATED PENSION FUND

and

UNITED WIRE, METAL & MACHINE PENSION FUND and LOUIS SMITH, THOMAS FEELEY, DONNA SANTORO, HARVEY MORGAN, ROBERT ZISKIN, and PETER AJALAT, TRUSTEES OF THE UNITED WIRE, METAL & MACHINE PENSION FUND

Plaintiffs,

-against-

PRUDENTIAL FINANCIAL INC., M&R CAPITAL MANAGEMENT, INC., ALAN STUART FIELDS, CITIGROUP GLOBAL MARKETS, INC., UBS INTERNATIONAL, INC. and WACHOVIA SECURITIES, LLC

Defendants.

ECF CASE

08 CIV. 0421

RULE 7.1 STATMENT

JUDGE COTE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiffs certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

None.

Dated: January 10, 2008

Karin Arrospide, Esq. (KA9319)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd
3 Surrey Lane, Suite 200
Hempstead, NY 11550
(516) 483-2990