## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ. 0421                                    Purchased/Filed: January 10, 2008
STATE OF NEW YORK     UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT

---

Local 810 Affiliated Pension Fund, et al                    Plaintiff

against

Prudential Financial Inc., et al                            Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ February 14, 2008 _____, at __ 2:00pm __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint with Exhibits

on

_____ Citigroup Global Markets, Inc. _____, the Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__  Approx. Wt: __118__  Approx. Ht: __5'__
Color of skin: __White__  Hair color: __Brown__  Sex: __F__  Other: _____

Sworn to before me on this
_15th_ day of _____ February, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0801560

SERVICO, INC. • PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179