## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ. 0421                                                                 Purchased/Filed: January 10, 2008
STATE OF NEW YORK    UNITED STATES DISTRICT COURT                     SOUTHERN DISTRICT

---

Local 810 Affiliated Pension Fund, et al                                                         Plaintiff

against

Prudential Financial Inc., et al                                                         Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __February 14, 2008__, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint with Exhibits on

__Prudential Financial Inc.__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__    Approx. Wt: __118__    Approx. Ht: __5'__
Color of skin: __White__    Hair color: __Brown__    Sex: __F__    Other: _____

Sworn to before me on this
__15th__ day of _____February, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4698570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0801558

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179