## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ. 0421                                    Purchased/Filed: January 10, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT

---

Local 810 Affiliated Pension Fund, et al                         Plaintiff

against

Prudential Financial Inc., et al                                 Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

__Jessica Miller__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __February 14, 2008__, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint with Exhibits on

__Wachovia Securities, LLC__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this
__15th__ day of __February, 2008__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4698570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0801562

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179