## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ. 0421                                    Purchased/Filed: January 10, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

*Local 810 Affiliated Pension Fund, et al*                                    Plaintiff

against

*Prudential Financial Inc., et al*                                    Defendant

---

STATE OF NEW YORK            SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____February 14, 2008_____, at __2:00pm__, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint with Exhibits

on

_____UBS International, Inc._____, the

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __43__    Approx. Wt: __118__    Approx. Ht: __5'__

Color of skin: __White__    Hair color: __Brown__    Sex: __F__    Other: _____

Sworn to before me on this

__15th__ day of _____February, 2008_____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

_____
Jessica Miller

Invoice•Work Order # SP0801561

### SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179