

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
LOCAL 810 AFFILIATED PENSION FUND and   :
LOUIS SMITH, MICHAEL SMITH, ROY BARNES,:
and PETER AJALAT, TRUSTEES OF THE LOCAL:
810 AFFILIATED PENSION FUND             :
                                        :               08 CIV. 421 (DLC)
and                                     :
                                        :               NOTICE OF INITIAL
UNITED WIRE, METAL & MACHINE PENSION    :               PRETRIAL CONFERENCE
FUND and LOUIS SMITH, THOMAS FEELEY,    :
DONNA SANTORO, HARVEY MORGAN, ROBERT    :
ZISKIN, and PETER AJALAT, TRUSTEES OF   :
THE UNITED WIRE, METAL & MACHINE        :
PENSION FUND,                           :
                     Plaintiffs,        :
                                        :
       -v-                              :
                                        :
PRUDENTIAL FINANCIAL INC., M&R CAPITAL  :
MANAGEMENT, INC., ALAN STUART FIELDS,   :
CITIGROUP GLOBAL MARKETS, INC., UBS     :
INTERNATIONAL, INC., and WACHOVIA       :
SECURITIES, LLC,                        :
                                        :
                     Defendants.        :
----------------------------------------- X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  3|6|08

DENISE COTE, District Judge:

     This case has been designated an electronic case and has
been assigned to me for all purposes.  By the date of the initial
pretrial conference counsel for all parties are required to
register as filing users in accordance with the Procedures for
Electronic Case Filing.

     Counsel for all parties are directed to appear for an
initial pretrial conference with the Court, at the time and place
listed below.  Counsel are directed to confer with each other
prior to the conference regarding settlement and each of the
other subjects to be considered at Fed.R.Civ.P. 16 conference,
and to prepare a detailed written proposed schedule for any
motions and discovery.  Prior to the date of the conference, all
parties must send the Court one copy of all pleadings.

     If this case has been settled or otherwise terminated,
counsel are not required to appear, provided that a stipulation
of discontinuance, voluntary dismissal, or other proof of
termination is sent prior to the date of the conference via e-
mail to the Orders and Judgment Clerk at the following e-mail
address: orders_and_judgments@nysd.uscourts.gov.



MICROFILMED

MAR 1 0 2008 -9 ⊠ AM

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to appear promptly. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

YOU ARE DIRECTED (i) TO SO NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM A COPY OF THIS NOTICE AND THE COURT'S INDIVIDUAL PRACTICES FORTHWITH, AND (ii) TO FILE PROOF OF SUCH NOTICE WITH THE COURT. IF YOU ARE UNAWARE OF THE IDENTITY OF COUNSEL FOR ANY OF THE PARTIES, YOU MUST FORTHWITH SEND A COPY OF THE NOTICE AND PRACTICES TO THAT PARTY PERSONALLY.

DATE AND PLACE OF CONFERENCE: **MAY 9, 2008**, AT **9 A.M.** AT THE UNITED STATES COURT HOUSE, 500 PEARL STREET, NEW YORK, NEW YORK, IN COURTROOM 11B.

SO ORDERED:

Dated:    New York, New York
          March 6, 2008

_____
DENISE COTE
United States District Judge

Returned to chambers for scanning on 3/12/08
Scanned by chambers on _____