UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LOCAL 810 AFFILIATED PENSION FUND AND :
LOUIS SMITH, MICHAEL SMITH, ROY :
BARNES, AND PETER AJALAT, TRUSTEES OF :
THE LOCAL 810 AFFILIATED PENSION FUND :

            and          :    Index No. 08 CIV. 0421

UNITED WIRE, METAL & MACHINE PENSION :    Cote, J.
FUND AND LOUIS SMITH, THOMAS FEELEY, :
DONNA SANTORO, HARVEY MORGAN, :    STIPULATION OF ADJOURNMENT
ROBERT ZISKIN, AND PETER AJALAT, :
TRUSTEES OF THE UNITED WIRE, METAL & :
MACHINE PENSION FUND, :

                  Plaintiffs, :

      -against- :

PRUDENTIAL FINANCIAL INC., M&R :
CAPITAL MANAGEMENT, INC., ALAN :
STUART FIELDS, CITIGROUP GLOBAL :
MARKETS, INC., UBS INTERNATIONAL, INC. :
AND WACHOVIA SECURITIES, LLC, :

                  Defendants. :
------------------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel that:

1. The time for Defendants Citigroup Global Markets, Inc. and UBS International, Inc. to answer, move, or otherwise respond to the Complaint is extended from the original date of March 5, 2008 through and including May 1, 2008. No previous requests for adjournment have been made.

Returned to chambers for scanning on 3/12/08

Scanned by chambers on _____

MICROFILMED MAR 10 2008 9:00 AM

03/05/2008 15:42 FAX                                                                     ☒005/005
MAR. 5. 2008  3:38PM                                                            NO. 3592   P. 3

2. The time for Defendant Alan Stuart Fields to answer, move, or otherwise respond to the Complaint is extended from the original date of March 17, 2008 through and including May 1, 2008. No previous requests for adjournment have been made.

Dated: New York, New York
       March 5, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
    Riccardo Iaccarino (RI-0180)

3 Surrey Lane, Suite 200
Hempstead, New York 11550
(516) 483-2990

*Attorneys for Plaintiffs*

BRYAN CAVE LLP

By: _____
    Noah Weissman (NW-8592)
    Rachel Barber Schwartz (RS-9244)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Defendants
UBS International, Inc. and Alan Stuart Fields*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
    Marshall Fishman (MF-4944)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-7678

*Attorneys for Defendant Citigroup
Global Markets, Inc.*

**SO ORDERED**

_____
        U.S.D.J

2

Page 5 of 5 received on 3/5/2008 3:40:38 PM [Eastern Standard Time] for 5411351.

    2. The time for Defendant Alan Stuart Fields to answer, move, or otherwise respond to the Complaint is extended from the original date of March 17, 2008 through and including May 1, 2008. No previous requests for adjournment have been made.

Dated: New York, New York
   March 5, 2008

| BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC | BRYAN CAVE LLP |
|---|---|
| By: _____<br>  Riccardo Iaccarino (RI-0180)<br><br>3 Surrey Lane, Suite 200<br>Hempstead, New York 11550<br>(516) 483-2990<br><br>*Attorneys for Plaintiffs* | By: _____<br>  Noah Weissman (NW-8592)<br>  Rachel Barber Schwartz (RS-9244)<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000<br><br>*Attorneys for Defendants<br>UBS International, Inc. and Alan Stuart Fields* |

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
  Marshall Fishman (MF-4944)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-7678

*Attorneys for Defendant Citigroup
Global Markets, Inc.*

**SO ORDERED**

_____
  /s/ U.S.D.J
  March 4, 2008

2