## CERTIFICATE OF SERVICE

I, Craig L. Siegel, do hereby certify that, on the seventeenth day of March 2008, I caused a copy of the Notice of Initial Pretrial Conference, ordered by the Hon. Denise Cote, United States District Judge, on March 6, 2008, in *Local 810 Affiliated Pension Fund, et al. v. Prudential Financial Inc., et al.*, 08 CIV. 421 (DLC) (S.D.N.Y. filed Jan. 14, 2008), and of Judge Cote's Individual Practices in Civil Cases, to be served upon: counsel for plaintiffs in the above-referenced action, counsel for defendants Prudential Financial Inc., Alan Stuart Fields, UBS International, Inc., and Wachovia Securities, LLC, and defendant M&R Capital Management, Inc. I made such service by placing true and correct copies of these documents into envelopes addressed to:

>   Riccardo Iaccarino, Esq.
>   BARNES, IACCARINO, VIRGINIA,
>     AMBINDER & SHEPHERD, PLLC
>   3 Surrey Lane
>   Hempstead, New York 11550
>
>   Noah M. Weissman, Esq.
>   Rachel E. Barber Schwartz, Esq.
>   BRYAN CAVE LLP
>   1290 Avenue of the Americas
>   New York, New York 10104
>
>   Kenneth Meister, Esq.
>   PRUDENTIAL EQUITY GROUP, INC.
>   One New York Plaza
>   New York, New York 10292
>
>   M&R CAPITAL MANAGEMENT, INC.
>   40 Fulton Street
>   21st Floor
>   New York, New York 10038

and depositing the envelopes, first-class postage prepaid, into a mailbox under the exclusive custody and care of the United States Postal Service.

KL3 2646781.1

I certify under penalty of perjury that the foregoing is true and correct.

Executed:   New York, New York
            March 17, 2008

_____
Craig L. Siegel

KL3 2646781 1