04/02/08 WED 11:52 FAX          KRAMER LEVIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

LOCAL 810 AFFILIATED PENSION FUND AND
LOUIS SMITH, MICHAEL SMITH, ROY
BARNES, AND PETER AJALAT, TRUSTEES OF
THE LOCAL 810 AFFILIATED PENSION FUND

and

UNITED WIRE, METAL & MACHINE PENSION
FUND AND LOUIS SMITH, THOMAS FEELEY,
DONNA SANTORO, HARVEY MORGAN,
ROBERT ZISKIN, AND PETER AJALAT,
TRUSTEES OF THE UNITED WIRE, METAL &
MACHINE PENSION FUND,

　　　　　　　　　　Plaintiffs,

-against-

PRUDENTIAL FINANCIAL INC., M&R
CAPITAL MANAGEMENT, INC., ALAN
STUART FIELDS, CITIGROUP GLOBAL
MARKETS, INC., UBS INTERNATIONAL, INC.
AND WACHOVIA SECURITIES, LLC,

　　　　　　　　　　Defendants.
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

Index No. 08 CIV. 0421

Cote, J.

**STIPULATION OF EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that:

The time for Defendants Prudential Financial Inc. and Wachovia Securities, LLC to answer, move, or otherwise respond to the Complaint is extended from the original date of March 5, 2008 through and including May 1, 2008. No previous requests for an extension of time have been made.

So ordered.

James Cote
April 8, 2008

04/02/08 WED 11:52 FAX                    KRAMER LEVIN                                @004/004

Dated: New York, New York
April 2, 2008

| | |
|---|---|
| BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC<br><br>By: _____<br>Riccardo Iaccarino (RI-0180)<br><br>3 Surrey Lane, Suite 200<br>Hempstead, New York 11550<br>(516) 483-2990<br><br>*Attorneys for Plaintiffs* | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br><br>By: _____<br>Marshall Fishman (MF-4944)<br><br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-7678<br><br>*Attorneys for Defendants Prudential Financial Inc. and Wachovia Securities, LLC* |

**SO ORDERED**

_____
U.S.D.J

2