UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
: 
LOCAL 810 AFFILIATED PENSION FUND AND :
LOUIS SMITH, MICHAEL SMITH, ROY :
BARNES, AND PETER AJALAT, TRUSTEES OF :
THE LOCAL 810 AFFILIATED PENSION FUND, :
:
         and             :   Index No. 08 CIV. 0421
:
UNITED WIRE, METAL & MACHINE PENSION :   Cote, J.
FUND AND LOUIS SMITH, THOMAS FEELEY, :
DONNA SANTORO, HARVEY MORGAN, :   Notice of Appearance
ROBERT ZISKIN, AND PETER AJALAT, :
TRUSTEES OF THE UNITED WIRE, METAL & :
MACHINE PENSION FUND, :
:
                    Plaintiffs, :
:
            -against- :
:
PRUDENTIAL FINANCIAL INC., M&R :
CAPITAL MANAGEMENT, INC., ALAN :
STUART FIELDS, CITIGROUP GLOBAL :
MARKETS, INC., UBS INTERNATIONAL, INC. :
AND WACHOVIA SECURITIES, LLC, :
:
                    Defendants. :
---------------------------------- x

        TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that the undersigned hereby appears in the above referenced action as counsel for defendants Prudential Financial, Inc., Citigroup Global Markets, Inc., and Wachovia Securities, LLC.

        The undersigned is admitted to practice in this Court.

Dated: New York, New York
       April 25, 2008

KL3 2653460.1

KRAMER LEVIN NAFTALIS & FRANKEL LLP

   /s/ Craig L. Siegel
Craig L. Siegel
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
csiegel@kramerlevin.com

Attorneys for Defendants Prudential Financial, Inc., Citigroup Global Markets, Inc., and Wachovia Securities, LLC.