UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – x

LOCAL 810 AFFILIATED PENSION FUND AND
LOUIS SMITH, MICHAEL SMITH, ROY
BARNES, AND PETER AJALAT, TRUSTEES OF
THE LOCAL 810 AFFILIATED PENSION FUND,

and                                        : Index No. 08 CIV. 0421

UNITED WIRE, METAL & MACHINE PENSION       : Cote, J.
FUND AND LOUIS SMITH, THOMAS FEELEY,
DONNA SANTORO, HARVEY MORGAN,              : Notice of Appearance
ROBERT ZISKIN, AND PETER AJALAT,
TRUSTEES OF THE UNITED WIRE, METAL &
MACHINE PENSION FUND,

                        Plaintiffs,

            -against-

PRUDENTIAL FINANCIAL INC., M&R
CAPITAL MANAGEMENT, INC., ALAN
STUART FIELDS, CITIGROUP GLOBAL
MARKETS, INC., UBS INTERNATIONAL, INC.
AND WACHOVIA SECURITIES, LLC,

                        Defendants.
– – – – – – – – – – – – – – – – – – – – – – – – – – – x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears in the above referenced action as counsel for defendants Prudential Financial, Inc., Citigroup Global Markets, Inc., and Wachovia Securities, LLC.

The undersigned is admitted to practice in this Court.

Dated: New York, New York

3

April 25, 2008

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                          /s/ Marshall H. Fishman
                      Marshall H. Fishman
                      1177 Avenue of the Americas
                      New York, New York  10036
                      (212) 715-9100
                      mfishman@kramerlevin.com

                      Attorneys for Prudential Financial, Inc.,
                          Citigroup Global Markets, Inc., and
                          Wachovia Securities, LLC.