Joseph E. Gasperetti (JG 2120)
Gideon Mark (GM 8990)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100

Attorneys for the Defendant M & R Capital
Management Co., Inc.

------------------------------------------------x
LOCAL 810 AFFILIATE PENSION FUND and LOUIS          :
SMITH, MICHAEL SMITH, ROY BARNES, and PETER
AJALAT, TRUSTEES OF THE LOCAL 810 AFFILIATED        :
PENSION FUND
                                                    :
and                                                     Index No. 08 CIV.0421
                                                    :
UNITED WIRE, METAL & MACHINE PENSION FUND and           Cote, J.
LOUIS SMITH, THOMAS FEELEY, DONNA SANTARO,          :
HARVEY MORGAN, ROBERT ZISKIN, and PETER AJALAT,
TRUSTEES OF THE UNITED WIRE, METAL & MACHINE        :
PENSION FUND
                                                    :
                              Plaintiffs,
                                                    :
        -against-
                                                    :
PRUDENTIAL FINANCIAL INC., M&R CAPITAL
MANAGEMENT, INC., ALAN STUART FIELDS,               :
CITIGROUP MARKETS, INC., UBS
INTERNATIONAL, INC. and WACHOVIA SECURITIES, LLC    :

                              Defendants.           :
------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paduano & Weintraub LLP hereby appears in the above-captioned action as counsel for defendant M & R Management Co., Inc.

PLEASE TAKE FURTHER NOTICE, that the undersigned hereby requests that all notices given or required to be given, and all papers served or required to be served, in this action be given to and served upon Paduano & Weintraub LLP, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020.

Dated:   New York, New York
         May 1, 2008

                                                         PADUANO & WEINTRAUB LLP

_____
Joseph E. Gasperetti (JG 2120)
Gideon Mark (GM 8990)
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100

Attorneys for
M&R CAPITAL MANAGEMENT, INC.,

To:   Riccardo Iaccarino (RI-0180)
      3 Surrey Lane, Suite 200
      Hempstead, New York 11550
      (516) 483-2990

      Attorneys for Plaintiffs