*losé, s.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

LOCAL 810 AFFILIATED PENSION FUND AND
LOUIS SMITH, MICHAEL SMITH, ROY
BARNES, AND PETER AJALAT, TRUSTEES OF
THE LOCAL 810 AFFILIATED PENSION FUND,

and

UNITED WIRE, METAL & MACHINE PENSION
FUND AND LOUIS SMITH, THOMAS FEELEY,
DONNA SANTORO, HARVEY MORGAN,
ROBERT ZISKIN, AND PETER AJALAT,
TRUSTEES OF THE UNITED WIRE, METAL &
MACHINE PENSION FUND,

                Plaintiffs,

-against-

PRUDENTIAL FINANCIAL INC., M&R
CAPITAL MANAGEMENT, INC., ALAN
STUART FIELDS, CITIGROUP GLOBAL
MARKETS, INC., UBS INTERNATIONAL, INC.
AND WACHOVIA SECURITIES, LLC,

                Defendants.
------------------------------------------------------------ x

Index No. 08 CIV. 0421

Cote, J.

STIPULATION OF EXTENSION OF TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that:

1. The time for Defendants Prudential Financial Inc., Alan Stuart Fields, Citigroup Global Markets, Inc., UBS International, Inc., and Wachovia Securities, LLC, to answer, move, or otherwise respond to the Complaint is extended from the current date of May 1, 2008, through and including May 16, 2008.

2. The time for Defendant M&R Capital Management, Inc. to answer, move, or otherwise respond to the Complaint is extended from the original date of March 5, 2008,

through and including May 16, 2008. Defendant M&R Capital Management, Inc. has made no previous requests for an extension of time.

3. Defendants Prudential Financial Inc., Wachovia Securities, LLC, Citigroup Global Markets, Inc., and UBS International, Inc. previously made one request for an extension of time, from the original date of March 5, 2008, through and including May 1, 2008. The request was granted.

4. Defendant Alan Stuart Fields previously made one request for an extension of time, from the original date of March 17, 2008, through and including May 1, 2008. The request was granted.

Dated: New York, New York
       April ___, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
    Riccardo Iaccarino (RI-0180)

3 Surrey Lane, Suite 200
Hempstead, New York 11550
(516) 483-2990

*Attorneys for Plaintiffs*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
    Marshall H. Fishman (MF-4944)
    Craig L. Siegel (CS-6902)

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Citigroup Global Markets, Inc., Prudential Financial Inc. and Wachovia Securities, LLC*

So ordered: [signature]
May 5, 2008

through and including May 16, 2008. Defendant M&R Capital Management, Inc. has made no previous requests for an extension of time.

3. Defendants Prudential Financial Inc., Wachovia Securities, LLC, Citigroup Global Markets, Inc., and UBS International, Inc. previously made one request for an extension of time, from the original date of March 5, 2008, through and including May 1, 2008. The request was granted.

4. Defendant Alan Stuart Fields previously made one request for an extension of time, from the original date of March 17, 2008, through and including May 1, 2008. The request was granted.

Dated: New York, New York
       April 21, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
    Riccardo Iaccarino (RI-0180)

3 Surrey Lane, Suite 200
Hempstead, New York 11550.
(516) 483-2990

*Attorneys for Plaintiffs*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: _____
    Marshall H. Fishman (MF-4944)
    Craig L. Siegel (CS-6902)

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Citigroup Global Markets, Inc., Prudential Financial Inc. and Wachovia Securities, LLC*

2

04/25/2008 11:40 FAX 12127858099        PADUANO & WEINTRAUB                @004/004

| | |
|---|---|
| PADUANO & WEINTRAUB LLP | BRYAN CAVE LLP |
| By: /s/ *illegible signature* <br> Joseph E. Gasperetti (JG-2120) | By: _____ <br> Noah Weissman (NW-8592) <br> Rachel Barber Schwartz (RS-9244) |
| 1251 Avenue of the Americas <br> New York, New York 10020 <br> (212) 785-9100 | 1290 Avenue of the Americas <br> New York, New York 10104 <br> (212) 541-2000 |
| *Attorneys for Defendants M&R Capital, Inc.* | *Attorneys for Defendants UBS International, Inc. and Alan Stuart Fields* |

**SO ORDERED**

_____
U.S.D.J.

3

| | |
|---|---|
| PADUANO & WEINTRAUB LLP | BRYAN CAVE LLP |
| By: _____<br>Joseph E. Gasperetti (JG-2120) | By: _____<br>Noah Weissman (NW-8592)<br>Rachel Barber Schwartz (RS-9244) |
| 1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 785-9100 | 1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000 |
| *Attorneys for Defendants M&R Capital, Inc.* | *Attorneys for Defendants UBS International, Inc. and Alan Stuart Fields* |

**SO ORDERED**

_____
U.S.D.J

3