**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

May 2, 2008



BY HAND

The Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Local 810 Affiliated Pension Fund, et al. v.
                Prudential Financial Inc., et al., 08 Civ. 0421

Dear Judge Cote:

      I write on behalf of plaintiffs and defendants Prudential Financial Inc., Wachovia Securities, LLC, Citigroup Global Markets, Inc., Alan Stuart Fields, and UBS International, Inc., to respectfully request a 60-day stay of all proceedings, including the May 9, 2008, pretrial conference and defendants' time to respond to the complaint, to facilitate the parties' ongoing efforts to resolve this case without the need for litigation.

      Counsel for the parties met in-person on April 29, 2008, to discuss plaintiffs' claims in detail and the possibility of settlement, after having had numerous telephone conversations during the past few weeks and voluntarily exchanging documents. As a result of the meeting, the parties have focused on particular claims and allegations in the Complaint on which plaintiffs have agreed to voluntarily provide additional information.

      The parties thank Your Honor for your consideration.

Respectfully submitted,

Marshall H. Fishman

**MEMO ENDORSED**

cc (via PDF): All Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

*[Handwritten endorsement:]* The conference is adjourned to July 11, 2008 at 9:00 a.m. There shall be no further adjournment.

Denise Cote
May 5, 2008

KL3 2655318.1
1177 AVENUE OF THE AMERICAS    NEW YORK NY 10036-2714    PHONE 212.715.9100    FAX 212.715.8000    WWW.KRAMERLEVIN.COM
ALSO AT 47 AVENUE HOCHE    75008 PARIS FRANCE