UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| LOCAL 810 AFFILIATED PENSION FUND and LOUIS SMITH, MICHAEL SMITH, ROY BARNES, and PETER AJALAT, TRUSTEES OF THE LOCAL 810 AFFILIATED PENSION FUND<br><br>and<br><br>UNITED WIRE, METAL & MACHINE PENSION FUND and LOUIS SMITH, THOMAS FEELEY, DONNA SANTORO, HARVEY MORGAN, ROBERT ZISKIN, and PETER AJALAT, TRUSTEES OF THE UNITED WIRE, METAL & MACHINE PENSION FUND<br><br>            Plaintiffs,<br><br>            -against-<br><br>PRUDENTIAL FINANCIAL INC., M&R CAPITAL MANAGEMENT, INC., ALAN STUART FIELDS, CITIGROUP GLOBAL MARKETS, INC., UBS INTERNATIONAL, INC. and WACHOVIA SECURITIES, LLC<br><br>            Defendants. | 08 Civ. 0421 (DLC)<br><br>**NOTICE OF APPEARANCE FOR DEFENDANTS ALAN STUART FIELDS AND UBS INTERNATIONAL, INC.** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Alan Stuart Fields and UBS International, Inc. in the above-captioned action.

The undersigned is admitted to practice in this Court.

Dated: New York, New York
      May 7, 2008

C0556700218142/1482080.2

BRYAN CAVE LLP


By /s/ Noah M. Weissman
       Noah M. Weissman
1290 Avenue of the Americas
New York, New York  10104
212-541-2000
NMWeissman@bryancave.com
*Attorneys for Defendants Alan Stuart Fields
and UBS International, Inc.*

C0556700218142/1482080.2