Joseph E. Gasperetti (JG 2120)
Gideon Mark (GM 8990)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100

Attorneys for Defendant M & R Capital
Management, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 810 AFFILIATED PENSION FUND and LOUIS SMITH, MICHAEL SMITH, ROY BARNES, and PETER AJALAT, TRUSTEES OF THE LOCAL 810 AFFILIATED PENSION FUND<br><br>and<br><br>UNITED WIRE, METAL & MACHINE PENSION FUND and LOUIS SMITH, THOMAS FEELEY, DONNA SANTORO, HARVEY MORGAN, ROBERT ZISKIN, and PETER AJALAT, TRUSTEES OF THE UNITED WIRE, METAL & MACHINE PENSION FUND,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PRUDENTIAL FINANCIAL, INC., M&R CAPITAL MANAGEMENT, INC., ALAN STUART FIELDS, CITIGROUP GLOBAL MARKETS, INC., UBS INTERNATIONAL, INC., and WACHOVIA SECURITIES, LLC,<br><br>　　　　　　Defendants. | No. 08 CIV 0421<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for

defendant M&R Capital Management, Inc. ("M&R") in the above-captioned action, certifies that M&R is a closely-held New York corporation owned by John Maloney, Saul Eisenberg, and Richard Diver.

Dated: May 15, 2008

                              PADUANO & WEINTRAUB LLP

                              By: _____
                                 Joseph Gasperetti (JG 2120)
                                 Gideon Mark (GM 8990)
                              1251 Avenue of the Americas
                              Ninth Floor
                              New York, New York 10020
                              (212) 785-9100

                              Attorneys for Defendant
                              M&R Capital Management, Inc.