Joseph E. Gasperetti (JG 2120)
Gideon Mark (GM 8990)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
(212) 785-9100

Attorneys for Defendant M & R Capital
Management, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

-----------------------------------------x

LOCAL 810 AFFILIATED PENSION FUND
and LOUIS SMITH, MICHAEL SMITH, ROY
BARNES, and PETER AJALAT, TRUSTEES
OF THE LOCAL 810 AFFILIATED PENSION
FUND

and

UNITED WIRE, METAL & MACHINE
PENSION FUND and LOUIS SMITH,
THOMAS FEELEY, DONNA SANTORO,
HARVEY MORGAN, ROBERT ZISKIN, and
PETER AJALAT, TRUSTEES OF THE
UNITED WIRE, METAL & MACHINE
PENSION FUND,

      Plaintiffs,

   v.

PRUDENTIAL FINANCIAL, INC., M&R
CAPITAL MANAGEMENT, INC., ALAN
STUART FIELDS, CITIGROUP GLOBAL
MARKETS, INC., UBS INTERNATIONAL,
INC., and WACHOVIA SECURITIES, LLC,

      Defendants.

-----------------------------------------x

No. 08 CIV 0421(DMC)
Cote, J.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREEED between the parties, by their undersigned attorneys, that this action is dismissed with prejudice.

Dated: New York, New York
       May 30, 2008

PADUANO & WEINTRAUB LLP

_____
Joseph E. Gasperetti (JG 2120)
Gideon Mark
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
(212) 785-9100

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

_____
Karin Arrospide
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-3213

SO ORDERED:

_____
Denise M. Cote
United States District Judge

June 3, 2008