# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

June 23, 2008

VIA ECF
Chambers of the Honorable Denise Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Local 810, et al. vs. Prudential Financial, et al. 08 Civ. 0421 (DC)

Dear Judge Cote:

This firm represents Plaintiffs in the above-referenced matter. I write to clarify an error in a recent filing.

A Stipulation of Dismissal was filed on or about June 3, 2008 and signed by me and by counsel for Defendant M&R Capital Management, Inc only. As indicated on the first page of the Stipulation, Mr. Gasperetti represents only M&R Capital Management, Inc. The claims against all other Defendants are being defended by their respective counsel, all of whom have filed notices of the appearances with this Court.

Accordingly, I ask that the Court instruct the Clerk to modify the Order as a dismissal solely against M&R Capital Management, Inc.

I sincerely apologize to the Court for any inconvenience.

Respectfully,

Karin Arrospide, Esq.

cc: Craig Siegel, Esq. (via fax 212-715-8000)
  Counsel for Citigroup, Prudential & Wachovia
  Noah Weissman, Esq. (via fax 212-541-1428)
  Counsel for UBS, International and Alan Fields