# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

5 Surrey Lane
Hempstead, New York 11559
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

June 23, 2008

VIA ECF
Chambers of the Honorable Denise Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

D E F
6/23/08

Re: Local 810, et al. vs. Prudential Financial, et al. 08 Civ. 0421 (DC)

Dear Judge Cote:

This firm represents Plaintiffs in the above-referenced matter. I write to clarify an error in a recent filing.

A Stipulation of Dismissal was filed on or about June 3, 2008 and signed by me and by counsel for Defendant M&R Capital Management, Inc only. As indicated on the first page of the Stipulation, Mr. Gasperetti represents only M&R Capital Management, Inc. The claims against all other Defendants are being defended by their respective counsel, all of whom have filed notices of the appearances with this Court.

Accordingly, I ask that the Court instruct the Clerk to modify the Order as a dismissal solely against M&R Capital Management, Inc.

I sincerely apologize to the Court for any inconvenience.

Respectfully,

Karin Arrospide, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

cc: Craig Siegel, Esq. (via fax 212-715-8000)
    Counsel for Citigroup, Prudential & Wachovia
    Noah Weissman, Esq. (via fax 212-541-1428)
    Counsel for UBS, International and Alan Fields

**MEMO ENDORSED**

*Counsel for plaintiffs shall provide a properly executed replacement stipulation. The Clerk of Court shall vacate the June 3, 2008 Order.*

*Denise Cote*
*June 23, 2008*