Cotes.

Marshall H. Fishman (MF 4944)
Craig L. Siegel (CS 6902)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Attorneys for Defendant Citigroup Global Markets

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

---------------------------------------------------------------- x
LOCAL 810 AFFILIATED PENSION FUND and :
LOUIS SMITH, MICHAEL SMITH, ROY :
BARNES, and PETER AJALAT, TRUSTEES OF :
THE LOCAL 810 AFFILIATED PENSION FUND, :

and :

UNITED WIRE, METAL & MACHINE PENSION :   No. 08 CIV 0421(DMC)
FUND and LOUIS SMITH, THOMAS FEELEY, :    Cote, J.
DONNA SANTORO, HARVEY MORGAN, :
ROBERT ZISKIN, and PETER AJALAT, :
TRUSTEES OF THE UNITED WIRE, METAL & :
MACHINE PENSION FUND, :

      Plaintiffs, :

    v. :

PRUDENTIAL FINANCIAL, INC., M&R :
CAPITAL MANAGEMENT, INC., ALAN :
STUART FIELDS, CITIGROUP GLOBAL :
MARKETS, INC., UBS INTERNATIONAL, INC., :
and WACHOVIA SECURITIES, LLC, :

      Defendants. :
---------------------------------------------------------------- x

KL3 2661172.1

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Citigroup Global Markets, Inc., by their undersigned attorneys, that this action is dismissed with prejudice as against Citigroup Global Markets, Inc.

Dated: New York, New York
       June 11, 2008

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

_____
Marshall H. Fishman (MF 4944)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendant Citigroup Global Markets, Inc.*

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

_____
Karin Arrospide (KA 9319)
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-3213

*Attorneys for Plaintiffs Local 810 Affiliated Pension Fund and Louis Smith, Michael Smith, Roy Barnes, and Peter Ajalat, Trustees of the Local 810 Affiliates Pension Fund, and United Wire, Metal & Machine Pension Fund and Louis Smith, Thomas Feeley, Donna Santoro, Harvey Morgan, Robert Ziskin, and Peter Ajalat, Trustees of the United Wire, Metal & Machine Pension Fund*

SO ORDERED:

_____
Denise M. Cote
United States District Judge

June 23, 2008

2

KL3 2661172.1