```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
LOCAL 810 AFFILIATED PENSION FUND and    :
LOUIS SMITH, MICHAEL SMITH, ROY BARNES,  :
and PETER AJALAT, TRUSTEES OF THE LOCAL  :
810 AFFILIATED PENSION FUND              :    08 Civ. 421 (DLC)
                                         :
and                                      :         ORDER
                                         :
UNITED WIRE, METAL & MACHINE PENSION     :
FUND and LOUIS SMITH, THOMAS FEELEY,     :
DONNA SANTORO, HARVEY MORGAN, ROBERT     :
ZISKIN, and PETER AJALAT, TRUSTEES OF    :
THE UNITED WIRE, METAL & MACHINE         :
PENSION FUND,                            :
                        Plaintiffs,      :
                                         :
          -v-                            :
                                         :
PRUDENTIAL FINANCIAL INC., M&R CAPITAL   :
MANAGEMENT, INC., ALAN STUART FIELDS,    :
CITIGROUP GLOBAL MARKETS, INC., UBS      :
INTERNATIONAL, INC., and WACHOVIA        :
SECURITIES, LLC,                         :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08

DENISE COTE, District Judge:

The time of the July 11, 2008, initial pretrial conference is rescheduled from 9 a.m. to 12:30 p.m. Counsel for the plaintiffs shall notify all parties of this Order.

Dated:   New York, New York
         July 1, 2008

                                    _____
                                           DENISE COTE
                                    United States District Judge