Marshall H. Fishman (MF 4944)
Craig L. Siegel (CS 6902)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Attorneys for Defendants Prudential Financial, Inc.
and Wachovia Securities, LLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LOCAL 810 AFFILIATED PENSION FUND and
LOUIS SMITH, MICHAEL SMITH, ROY
BARNES, and PETER AJALAT, TRUSTEES OF
THE LOCAL 810 AFFILIATED PENSION FUND,

and

UNITED WIRE, METAL & MACHINE PENSION
FUND and LOUIS SMITH, THOMAS FEELEY,
DONNA SANTORO, HARVEY MORGAN,
ROBERT ZISKIN, and PETER AJALAT,
TRUSTEES OF THE UNITED WIRE, METAL &
MACHINE PENSION FUND,

      Plaintiffs,

   v.

PRUDENTIAL FINANCIAL, INC., M&R
CAPITAL MANAGEMENT, INC., ALAN
STUART FIELDS, CITIGROUP GLOBAL
MARKETS, INC., UBS INTERNATIONAL, INC.,
and WACHOVIA SECURITIES, LLC,

      Defendants.
-----------------------------------------------------------x

No. 08 CIV 0421(DLC)
Cote, J.

## STIPULATION TO ARBITRATE AND
## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and

Defendants Prudential Financial, Inc. and Wachovia Securities, LLC (the "Parties"), by their

undersigned attorneys, that the Parties agree to resolve all claims arising from the facts alleged in Plaintiffs' complaint, including but not limited to all counterclaims, affirmative defenses and third party claims, through impartial arbitration administered by the Financial Industry Regulatory Authority ("FINRA"), and to toll any applicable statutes of limitation from January 14, 2008, the date Plaintiffs filed their complaint in the above-captioned case, through and including August 15, 2008, and that this action is hereby dismissed with prejudice as against Prudential Financial, Inc. and Wachovia Securities, LLC., without costs to any parties.

Dated: New York, New York
July 10, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP

_____
Craig L. Siegel (CS 6902)
Marshall H. Fishman (MF 4944)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Prudential Financial, Inc. and Wachovia Securities, LLC*

BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC

_____
Riccardo Iaccarino (RI 0180)
3 Surrey Lane, Suite 200
Hempstead, New York 11550
(516) 483-2990

*Attorneys for Plaintiffs Local 810 Affiliated Pension Fund and Louis Smith, Michael Smith, Roy Barnes, and Peter Ajalat, Trustees of the Local 810 Affiliates Pension Fund, and United Wire, Metal & Machine Pension Fund and Louis Smith, Thomas Feeley, Donna Santoro, Harvey Morgan, Robert Ziskin, and Peter Ajalat, Trustees of the United Wire, Metal & Machine Pension Fund*

SO ORDERED:

_____
Denise L. Cote
United States District Judge

July 10, 2008

2