COURTESY COPY

Noah M. Weissman
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

Attorneys for Defendant Alan Stuart Fields

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL 810 AFFILIATED PENSION FUND and LOUIS SMITH, MICHAEL SMITH, ROY BARNES, and PETER AJALAT, TRUSTEES OF THE LOCAL 810 AFFILIATED PENSION FUND

and

UNITED WIRE, METAL & MACHINE PENSION FUND and LOUIS SMITH, THOMAS FEELEY, DONNA SANTORO, HARVEY MORGAN, ROBERT ZISKIN, and PETER AJALAT, TRUSTEES OF THE UNITED WIRE, METAL & MACHINE PENSION FUND

Plaintiffs,

-against-

PRUDENTIAL FINANCIAL INC., M&R CAPITAL MANAGEMENT, INC., ALAN STUART FIELDS, CITIGROUP GLOBAL MARKETS, INC., UBS INTERNATIONAL, INC. and WACHOVIA SECURITIES, LLC

Defendants.

08 Civ. 0421 (DMC)
Cote, J.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and Alan Stuart Fields, by their undersigned attorneys, that this action is dismissed with prejudice as against Alan Stuart Fields, without costs to any party.

Dated: New York, New York
July 10, 2008

BRYAN CAVE LLP

Noah M. Weissman
1290 Avenue of the Americas
New York, New York 10104
212-541-2000
nmweissman@bryancave.com

*Attorneys for Alan Stuart Fields*

BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC

Riccardo Iaccarino (RI0180)
3 Surrey Lane, Suite 200
Hempstead, New York 11550
516-483-2990
riaccarino@bivaslaw.com

*Attorneys for Plaintiffs*

SO ORDERED:

Denise L. Cote
United States District Judge

July 10, 2008