**BRYAN CAVE**

*[Stamp: JUL 10 2008, CHAMBERS OF DENISE COTE]*

Noah M. Weissman
Direct: 212-541-2028
Fax: 212-541-1428
nmweissman@bryancave.com

July 9, 2008

**BY HAND**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/11/08]*

**MEMO ENDORSED**

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership.

London

Re:   Local 810 Affiliated Pension Fund, *et al.* v. Prudential Financial Inc., *et al.*, 08 Civ. 0421

Dear Judge Cote:

I write on behalf of the parties to this action to advise the Court that the parties do not believe that the initial pretrial conference scheduled for Friday, July 11, 2008 at 12:30 p.m. is necessary. The parties have either resolved the claims or stipulated to the arbitration of any unresolved claims.

The parties expect to file a stipulation and order of dismissal and agreement to arbitrate as between plaintiffs and defendants Prudential Financial Inc. and Wachovia Securities LLC, as well as a stipulation and order of dismissal as to defendant Alan Stuart Fields, today. The parties expect to file a stipulation and order of dismissal as to defendant UBS International, Inc. as soon as the settlement agreement is finalized.

Respectfully,

*[Signature]*

Noah M. Weissman

cc:   Marshall H. Fishman, Esq. (via e-mail)
      Riccardo Iaccarino, Esq. (via e-mail)

*[Handwritten endorsement:]* The conference is adjourned to August 15, 2008 at 3 pm.

*[Signature]* Denise Cote
July 11, 2008