

Noah M. Weissman
Direct: 212-541-2028
Fax: 212-541-1428
nmweissman@bryancave.com



**MEMO ENDORSED**

August 14, 2008

**BY HAND**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership,

London

Re:   Local 810 Affiliated Pension Fund, et al. v. UBS International., et al.,
      08 Civ. 0421

Dear Judge Cote:

I write on behalf of the parties to this action to advise the Court that the parties do not believe that the rescheduled pretrial conference, set for Friday, August 15, 2008, is necessary. The parties have either resolved the claims or stipulated to the arbitration of any unresolved claims.

All of the parties except [*except?*] UBS International and Local 810 have already filed a stipulation and order of dismissal. UBS and Local 810 have circulated for execution a settlement agreement and expect to file a stipulation and order of dismissal as soon as the settlement agreement is fully executed.

We thank the Court for its further indulgence and consideration of this request

Respectfully,

/s/ Noah M. Weissman

Noah M. Weissman

cc:   Marshall H. Fishman, Esq. (via e-mail)
      Riccardo Iaccarino, Esq. (via e-mail)

*[Handwritten endorsement:]* The conference is adjourned to September 5 at 3:00 pm. There shall be no further adjournment.

/s/ Denise Cote
August 14, 2008